UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARSHALL G. WELTON, *Plaintiff*, | ) ) ) | |
| vs. | ) ) | 1:13-cv-00355-JMS-MJD |
| SHANI J. ANDERSON, THE NATIONAL BANK OF INDIANAPOLIS CORPORATION, AND GEORGE E. KEELY, *Defendants*. | ) ) ) ) ) | |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

Consistent with the Court's Order entered this date, the Court now enters **FINAL JUDGMENT** in this matter.

Plaintiff Marshall G. Welton's claims against Defendant Shani J. Anderson are hereby **DISMISSED WITH PREJUDICE such that Plaintiff shall take nothing by way of his Complaint against Defendant Anderson**.

Mr. Welton's claims against Defendants The National Bank of Indianapolis Corporation and George E. Keely are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c).

District Judge:  09/19/2013

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk
BY: _____
Deputy Clerk, U.S. District Court

- 2 -

**Distribution via ECF only:**

Hamid R. Kashani
HKashani@KashaniLaw.com

Cameron G. Starnes
CITY OF INDIANAPOLIS, CORPORATION COUNSEL
cameron.starnes@indy.gov

Joseph L. Mulvey
RUBIN & LEVIN, PC
jmulvey@rubin-levin.net

R. Brock Jordan
RUBIN & LEVIN, PC
brock@rubin-levin.net